THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Russell LaBoone,       
Appellant.
 
 
 

Appeal From Pickens County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2003-UP-684
Submitted September 17, 2003  Filed 
 November 24, 2003

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia, and Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Russell LaBoone was indicted 
 for criminal sexual conduct with a minor, 2nd degree, and entered a plea of 
 guilty to the lesser offense of assault and battery of a high and aggravated 
 nature.  Laboone appeals the trial courts denial of his motion to reconsider 
 sentencing.  Counsel for LaBoone attached to the final brief a petition to be 
 relieved as counsel.  LaBoone did not file a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss LaBoones 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.